THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | | |
|---|---|---|
| FAMILY ONE, INDIVIYALLY AND AND AS GUARDIANS AND NEXT FRIENDS OF MINOR CHILD ONE, *et al.*, | § § § § | |
| *Plaintiffs*, | § § | |
| V. | § § | CIVIL ACTION NO. 9:22-cv-28 |
| ADAM DALE ISAACKS, MIRANDA LYNN DUKES ISAACKS, LITTLE LEAGUE BASEBALL, INC. A/K/A LITTLE LEAGUE INTERNATIONAL, TEXAS DISTRICT 12 LITTLE LEAGUE, EVADALE LITTLE LEAGUE, AND BEAR CREEK HUNTING CLUB, | § § § § § § § § § | |
| *Defendants*. | § | |

## PLAINTIFFS' NOTICE OF INITIAL DISCLOSURES

Plaintiffs, Family One et al., by and through their attorney of record, David Bernsen, Bernsen Law Firm, certifies that on May 23, 2022, Plaintiffs served on all parties by e-mail, the following:

Plaintiff's Initial Disclosure

    Respectfully submitted,

    **THE BERNSEN LAW FIRM**

    /s/*David Bernsen*
    David Bernsen
    State Bar No. 02217500
    dbernsen@bernsenlaw.com
    Cade Bernsen
    State Bar No. 24073918
    cbernsen@bernsenlaw.com
    Jaime Matuska

        State Bar No. 24051062
        jmatuska@bernsenlaw.com
        Marianne Laine
        State Bar No. 24062834
        mlaine@bernsenlaw.com
        420 North MLK Jr. Parkway
        Beaumont, Texas 77701
        (409) 212-9994 telephone
        (409) 212-9411 facsimile

**ATTORNEYS FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

I certify that counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF System, were served on May 23, 2022, via email.


        */s/ David Bernsen*
        David Bernsen