IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | |
|---|---|
| FAMILY ONE, INDIVIDUALLY AND AS §<br>GUARDIANS AND NEXT FRIENDS OF §<br>MINOR CHILD ONE, ET AL §<br>§<br>v. §<br>§<br>ADAM DALE ISAACKS, MIRANDA §<br>LYNN DUKES ISAACKS, LITTLE §<br>LEAGUE BASEBALL, INC. A/K/A §<br>LITTLE LEAGUE INTERNATIONAL, §<br>ET AL § | Civil Action No. 9:22cv28 |

**NOTICE OF COMPLIANCE OF FILING**
**DEFENDANT MIRANDA LYNN DUKES ISAACKS'**
<u>**SECOND SET OF INTERROGATORIES**</u>

Pursuant to Federal Rule of Civil Procedure 26, Defendant Miranda Lynn Dukes Isaacks hereby gives notice that on July 1, 2022 she served her Answers to Second Set of Interrogatories of Plaintiff Family One, Individually and as Guardians and Next Friends of Minor Child One upon all counsel of record via e-mail.

Respectfully submitted,

By: */s/ Bruce M. Partain*
BRUCE M. PARTAIN
State Bar No. 15548400
*Attorney for Defendant,*
*Miranda Lynn Dukes Isaacks*

WELLS PEYTON PARTAIN
BALDO & LIGHTY, LLP
P.O. Box 3708
Beaumont, Texas 77704
Telephone (409) 838-2644
Facsimile (409) 838-0416
Email: bpartain@wellspeyton.com

## CERTIFICATE OF SERVICE

 I certify that on the 1st day of July, 2022, I have provided a true and correct copy of the above document as indicated below.

**VIA E-MAIL**
THE BERNSEN LAS FIRM
David E. Bernsen
State Bar No. 02217500
E-Mail: dbernsen@bernsenlaw.com
Cade Bernsen
State Bar No. 24073918
E-Mail: cbernsen@bernsenlaw.com
Jamie Matuska
State Bar No. 24051062
E-Mail: jmatuska@bernsenlaw.com
Marianne Laine
State Bar No. 24062834
E-Mail: mlaine@bernsenlaw.com
420 North MLK Jr. Parkway
Beaumont, Texas 77701
Telephone: (409) 212-9994
Facsimile: (409) 212-9411

FRANKLIN LAW FIRM, PLLC
Tanner b. M. Franklin
State Bar No. 24082506
E-Mail: tfranklin@franklinlawfirm.com
2528 Highway 103
P. O. Box 274
Etoile, Texas 75944
Telephone: (936) 854-3213
*Attorneys for Plaintiffs and*
*Minor Plaintiffs*

Matthew D. Orwig
Winston & Strawn, LLP
2501 N. Harwood Street, 17th Floor
Dallas, TX 75201
Telephone: (214) 453-6446
E-Mail: morwig@winston.com
*Attorney for Defendants,*
*Little League Baseball, Inc. and Texas District 12 Little League*

Scott Coleman Skelton
Skelton Slusher Barnhill Watkins Wells, PLLC
1616 South Chestnut
Lufkin, TX 75901
Telephone: (936) 632-3381
E-Mail: sskelton@skeltonslusher.com
*Attorney for Defendant,*
*Bear Creek Hunting Club*

Kent M. Adams
Wilson Elser Moskowitz Edelman & Dicker, LLP
909 Fannin Street, Suite 3300
Houston, TX 77010
Telephone: (713) 353-2000
E-Mail: kent.adams@wilsonelser.com
*Attorney for Defendant*
*Evadale Little League*

        */s/ Bruce M. Partain*
        BRUCE M. PARTAIN